UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY FRUIT COMPANY, INC,. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LA ROSA & SONS DISTRIBUTING LLC, a California Limited Liability Company; MICHAEL J. LA ROSA, an individual; NOEL LA ROSA, an individual; and LORA M. VILLARREAL, an individual<br><br>Defendants. | Case No. 1:19-cv-00095-DAD-EPG<br><br>ORDER ON STIPULATION TO ADJOURN INITIAL PRE-TRIAL CONFERENCE<br><br>(ECF NO. 19) |

Having considered the Joint Stipulation to Continue the Initial Scheduling Conference, (ECF No. 19), and for good cause shown, it is hereby ORDERED that, pursuant to the parties' stipulation, the Initial Scheduling Conference currently set for April 23, 2019, at 10:00 a.m. is continued until May 23, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**April 22, 2019**__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1