UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRINITY FRUIT COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LA ROSA & SONS DISTRIBUTING LLC, et al.,<br><br>Defendants. | Case No. 1:19-cv-00095-DAD-EPG<br><br>**ORDER VACATING SCHEDULING CONFERENCE**<br><br>(ECF No. 23) |

The parties have filed a stipulation and proposed order (ECF No. 22) and a status report (ECF No. 23) in which the parties notify the court that the action has been settled, set out the terms of the stipulation for settlement, request that the scheduling conference be vacated and that the case be administratively closed, and request that the court retain jurisdiction for purposes of enforcing the terms of the stipulation.

The court finds good cause for and accordingly vacates the scheduling conference, currently set for May 23, 2019.

IT IS SO ORDERED.

Dated: __**May 22, 2019**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE