UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITY FRUIT COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LA ROSA & SONS DISTRIBUTING LLC, a California limited liability company; MICHAEL J. LA ROSA, an individual; NOEL LA ROSA, an individual; and LORA M. VILLARREAL, an individual,<br><br>Defendants. | No. 1:19-cv-00095-DAD-EPG<br><br>ORDER GRANTING THE PARTIES' STIPULATION, DISMISSING DEFENDANT LORA M. VILLARREAL, RETAINING JURISDICTION OVER ENFORCEMENT OF THIS SETTLEMENT AGREEMENT, AND DIRECTING THE REMAINING PARTIES TO FILE A NOTICE OF DISMISSAL<br><br>(Doc. No. 22) |

This case proceeds on plaintiff Trinity Fruit Company, Inc.'s ("plaintiff's") first amended complaint ("FAC"), which was filed on February 8, 2019. (Doc. No. 7.) Plaintiff's FAC alleges that it brings this action to enforce the trust provisions of section 5(c)(5) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(5) against defendants La Rosa & Sons Distributing LLC, Michael J. La Rosa, Noel La Rosa, and Lora M. Villarreal. (*See id.* at 2.)

Defendants La Rosa & Sons Distributing LLC, Michael J. La Rosa, and Noel La Rosa are represented by attorney Sarah Anne Ornelas and filed an answer on February 25, 2019. (Doc. No. 13.) Defendant Lora M. Villarreal ("Villarreal") is proceeding *pro se* and filed an answer on May 3, 2018. (Doc. No. 21.)

1

On May 21, 2019, plaintiff provided a status report to the assigned magistrate judge, advising the court of two separate settlement agreements: one involving defendants La Rosa & Sons Distributing LLC, Michael J. La Rosa, and Noel La Rosa, and one involving defendant Villarreal. (*See* Doc. No. 23 at 1–2.) Additionally, on May 21, 2019, plaintiff and defendant Villarreal filed a stipulation and application for a final order and judgment. (Doc. No. 22.) The stipulation provides that plaintiff's claims against defendant Villarreal are satisfied pursuant to a payment of $13,506.35 in monthly installments of $100.00, commencing on May 30, 2019 and ending when the payment is made in full. (*See* Doc. No. 22 at 1–2.) The parties request that the court retain jurisdiction over this action to enforce the terms and conditions of the final judgment against defendant Villareal. (*Id.* at 4.) No additional information has been provided to the court regarding plaintiff's settlement with defendants La Rosa & Sons Distributing LLC, Michael J. La Rosa, and Noel La Rosa.

The court construes the parties' stipulation as a request for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), which states that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Good cause showing, the court will grant the stipulation. Additionally, at the parties' request, the court will retain jurisdiction to enforce the terms of the settlement agreement as stated in the parties' stipulation.

Accordingly:

1. The parties' stipulation (Doc. No. 22) is granted, and defendant Villarreal is dismissed pursuant to the terms of the stipulation;
2. The court retains jurisdiction to enforce the terms of the settlement pursuant to the stipulation;
3. As a settlement has been reached, plaintiff and defendants La Rosa & Sons Distributing LLC, Michael J. La Rosa, and Noel La Rosa are directed to file a

/////
/////
/////
/////

stipulation of dismissal or provide a status report to the court about when such a stipulation of dismissal can be filed by Monday, June 17, 2019.

IT IS SO ORDERED.

Dated: **June 11, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE